# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ANNMARIE M., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 18-cv-1430-JES-JEH |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| Defendant. | ) ) |

# **ORDER**

This matter is now before the Court on a Report and Recommendation from Magistrate Judge Hawley. Doc. 18. More than 14 days have elapsed since the filing of the Report and Recommendation, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties have not presented timely objections, any such objections have been waived. *Id*. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation (Doc. 18), denies Plaintiff's Motion for Summary Judgment (Doc. 13), and grants Defendant's Motion for Summary Affirmance (Doc. 17). This matter is now terminated.

**IT IS SO ORDERED.**

The Clerk is directed to close the case.

Signed on this 16th day of March, 2020.

s/James E. Shadid
James E. Shadid
United States District Judge